## DANIEL McCORMICK v. TUOLUMNE COUNTY.

VERIFICATION OF CLAIMS AGAINST COUNTIES.—The verification of claims or accounts against counties contemplated by the "Act to limit the time for presentation of claims against counties and for receiving payment for the same," (Stats. 1857, Sec. 1, p. 167,) is a verification by oath annexed to the account.

APPEAL from the District Court, Fifth Judicial District, Tuolumne County.

This was an action by the plaintiff, who held in his own right and by assignment certain claims, evidenced by itemized accounts, against Tuolumne County, for labor performed and materials furnished in the repair and construction of

public highways therein. The accounts were certified to be correct by the Road Commissioners of the appropriate Road Districts, but were not verified by oath. The Board of Supervisors of said county rejected said claims, on the ground, among others, that they were not verified, whereupon this action was brought to recover the same. The defendant had judgment in the Court below, and the plaintiff appealed.

*J. F. Rooney,* and *J. W. Armstrong,* for Appellant.

*Caleb Dorsey, District Attorney,* for Respondent.

By the Court, SAWYER, C. J. ·

The verification contemplated by the statute involved in this case is a verification by oath annexed to the account.

Judgment affirmed, and remittitur directed to issue forthwith.            °